UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6155-CR-ZLOCH

UNITED STATES OF AMERICA

v.

DANTE MILANO

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE:                           COURTROOM A
299 E. BROWARD BLVD.             DATE & TIME:
FT. LAUDERDALE, FL 33301         July 25, 2000 at 10:15 AM

**CHANGE OF PLEA** - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: July 14, 2000

cc:
Steve Petri, Esq., AUSA
Timothy Day, Esq., AFPD