UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6155-CR-ZLOCH

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| vs. : | |
| DANTE MILANO, : | |
| Defendant. : | |
| _____/ | |

## WAIVER OF RULE 20 PROCEEDING

The defendant, through counsel, hereby waives the right to plead guilty and have his case disposed of in the Southern District of Florida and the defendant states further:

1. There is a pending Indictment against the defendant in the Northern District of Texas, Fort Worth Division delineated as 4-00CR-047-Y.

2. Previously the defendant indicated his desire to dispose of the case in the Southern District of Florida pursuant to Fed. R. Crim. P. 20. A hearing was scheduled July 25, 2000 in the Southern District of Florida before the Honorable Chief District Judge William J. Zloch.

3. The defendant now indicates his desire not to dispose of the case in the Southern District but to proceed to the Northern District of Texas to resolve the present Indictment.



WHEREFORE, the defendant hereby files this pleading waiving his rights conferred by Rule 20.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Dante Milano

By: _____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 27 day of July, 2000 to Kathleen Rice, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\Milano\Waiver 01.wpd

2