UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6155-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

v.                    FINAL ORDER OF TRANSFER

DANTE MILANO

    Defendant

_____

THIS MATTER is before the Court upon Consent to Transfer of Case For Plea and Sentence (under Rule 20) (DE1), filed June 7, 2000, transferring the above-styled cause from the United States District Court for the Northern District of Texas to the Southern District of Florida. The Court further notes that the defendant has not appeared before this Court to enter a plea.

Accordingly, after due consideration, it is

ORDERED AND ADJUDGED that the above-styled cause be and the same is hereby TRANSFERRED to the United States District Court for the Northern District of Texas for all further proceedings regarding the defendant, DANTE MILANO, and that this Court on behalf of the Southern District of Florida refuses to accept said transfer.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida this _27th_ day of July, 2000.

                                      _/s/ William J. Zloch_
                                      WILLIAM J. ZLOCH
                                      Chief United States District Judge

CC:
Steve Petri, Esq., AUSA
Timothy Day, Esq., AFPD
Pretrial

