# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT



2000

**4-00CR-047-Y**

**TO:** United States District Court
**310 United States Courthouse**
**501 West Tenth Street**
**Fort Worth, TX   76102-3643**

**RE:** USA v. Dante Milano        Case#: 00-6155-cr-Fisch

**DATE:** August 2, 2000

---

The above mentioned cause has been transferred to your jurisdiction pursuant to the Order of this Court.

Please find enclosed the following documents:

\_\_\_ Certified copy of Indictment/Information
\_\_\_ Certified copy of Superseding Indictment/Information
**XX**  Certified copy of pertinent papers **(Docket Sheet, order refusing Rule 20 Transfer, waiver of Rule 20)**
\_\_\_ Case bond - Check #_____ Amount $_____
(Note: Cash is not included in the transmittal and will be forwarded at a later date from the Financial Section [305-523-5050])

Kindly acknowledge receipt of these documents by RECEIVE STAMPING the enclosed copy of this letter.


Clarence Maddox
Clerk of Court


Deputy Clerk

---

